

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremiah Ezekiel <br><br> Petitioner, <br> V. <br><br> Wayne Smith, Warden <br><br> Respondent. | Civil Action No. 17cv2191-MMA(MDD) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is entered in favor of Respondent and against Petitioner. It plainly appears from the face of Ezekiel's petition that Ezekiel is not entitled to relief. Accordingly, the Court dismisses the petition for writ of habeas corpus without prejudice and without leave to amend.

Date: 12/15/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy